[No. 14897–4–I.  Division One.  June 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JURGELWICZ MICHEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00080–1, Lee Kraft, J., entered May 24, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson, J., and Johnsen, J. Pro Tem.

[No. 15641–1–I.  Division One.  June 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM SARAZIN, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–1–00567–4, Daniel T. Kershner, J., entered November 16, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.

[No. 15267–0–I.  Division One.  June 23, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–03375–2, Shannon Wetherall Hardy, J., entered August 16, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.